## APPEAL OF HENRY GRIMMER.

Docket No. 3393. Submitted October 15, 1925. Decided January 14, 1926.

*Clyde H. Hunter, C. P. A.*, for the taxpayer.
*Robert A. Littleton, Esq.*, for the Commissioner.

Before STERNHAGEN, LANSDON, and ARUNDELL.

The taxpayer appeals from the determination of a deficiency of $1,142.41 in income tax for the year 1920. He alleges that the Commissioner erred in requiring that the income of the taxpayer and his wife should be included in a joint return after they had elected to file separate returns. The facts are stipulated.

### FINDINGS OF FACT.

On January 1, 1915, a certain farm, consisting of approximately 120 acres located in the County of Bureau, Ill., was purchased for $12,400. The title was taken in the name of Anna Grimmer, the taxpayer's wife, with whom he was living during the taxable year in question. Of the consideration paid for the land, $5,000 was paid out of a fund which was inherited by the wife from her mother. This was her separate property. The balance, $7,400, was paid out of the general funds that had been accumulated by the husband and wife in the business of farming and loaning money.

The farm was sold in 1920 for $24,000, at a gain of $11,600.

### DECISION.

The profit from the sale of the farm is determined to have been realized by Anna Grimmer in the amount of $11,600. Final determination will be settled on 15 days' notice, under Rule 50.

---

## APPEAL OF LYNCH CONSTRUCTION CO.

Docket No. 3375. Submitted October 15, 1925. Decided January 14, 1926.

A corporation taxpayer making its returns upon a calendar year basis and engaged in business during a part of the calendar year 1918, and operating at a loss during the calendar year 1919, is entitled to deduct such net loss from the net income of 1918, under the provisions of section 204 of the Revenue Act of 1918.

*B. S. Barron, Esq.*, for the taxpayer.
*John W. Fisher, Esq.*, for the Commissioner.

Before SMITH, JAMES, LITTLETON, and TRUSSELL.

This is an appeal from the determination of a deficiency in income and profits tax for the fiscal period ended December 31, 1918, in the